UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAILEY M. PETERS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 11-1580** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "B"(1)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that: (1) the defendants' motion to dismiss improperly joined defendants (Rec. doc. 22) is **GRANTED**; and (2) Joan Parks-Saunders, Regional Chief Administrative Law Judge, Michael Hertzig, Hearing Office Chief Administrative Law Judge, and Erin Dufour, Hearing Office Director, are dismissed.

New Orleans, Louisiana, this 16th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE